No. 02–8802. BUTLER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–8809. TAUMOEPEAU v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–8817. RODRIGUEZ CHAVEZ v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–8824. JULIAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–8832. VANASSE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–8833. WRIGHT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–8836. COOPER v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 02–8843. ARELLANO-TORRES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–8858. MARTIN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–8864. JOHNSON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–8869. THIBODEAU v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–8880. IKNER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–8885. SHAMISELDIN v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 02–8888. BALL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–8895. ELLIS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.